IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee Successor in Interest to Bank of America, National Association as Trustee as Successor by Merger to Lasalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-backed Certificates, Series 2007-HE3 | ) ) ) ) ) ) ) ) ) ) | CV 15-00061 DKW-BMK<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| DEBRA ANN NALANI MARTIN; CITIMORTGAGE, INC.; AMERICAN GENERAL FINANCIAL SERVICES OF HAWAIʻI, INC., now known as SPRINGLEAF FINANCIAL SERVICES OF HAWAII, INC.; JOHN AND MARY DOES 1-20; DOE PARTNERSHIPS, CORPORATIONS, OR OTHER ENTITIES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendant(s). | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on April 23, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion to Remand Case to State Court" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: May 12, 2015 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*U.S. Bank National Association v. Debra Martin, et al.*; Civil No. 15-00061 DKW-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION